consideration or decision of this petition.

No. 83–1254.   VELDE ET AL. v. NATIONAL BLACK POLICE ASSN., INC., ET AL.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE POWELL and JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 83–1488.   GLOBAL TERMINAL & CONTAINER SERVICES, INC. v. COLGATE PALMOLIVE CO. ET AL.   C. A. 2d Cir.   Motion of New York Shipping Association, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 83–1551.   BROWN BEAR, INC., ET AL. v. KENTUCKY.   Cir. Ct. Ky., Campbell County.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgments of conviction.

No. 83–6230.   HARRIS v. FLORIDA.   Sup. Ct. Fla.;
No. 83–6390.   JOHNSON v. FLORIDA.   Sup. Ct. Fla.;
No. 83–6397.   HYMAN v. SOUTH CAROLINA.   Ct. Common Pleas, Charleston County, S. C.; and
No. 83–6456.   JOHNSON v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   Reported below: No. 83–6230, 438 So. 2d 787; No. 83–6390, 442 So. 2d 193; No. 83–6456, 442 So. 2d 185.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–1081.   FINVOLD ET AL. v. SAMBS ET AL., 465 U. S. 1056; and
No. 83–6188.   VEREEN v. NEWSOME, WARDEN, ET AL., 465 U. S. 1107.   Petitions for rehearing denied.

No. 83–921.   COMMONWEALTH NATIONAL BANK v. ASHE ET AL., 465 U. S. 1024.   Motion for leave to file petition for rehearing denied.